UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BRANDY GROSSNICKLE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:20-cv-00216-HAB |
| ) | |
| FORT WAYNE COMMUNITY ) | |
| SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Brandy Grossnickle, by counsel, and Defendant, Fort Wayne Community Schools, by counsel, hereby stipulate to the dismissal of Plaintiff's claims in this matter, with prejudice, with each party to bear her or its own attorney's fees and costs.

Respectfully submitted,

By: */s/ Christopher C. Myers (with permission)*  
Christopher C. Myers, #10043-02  
cmyers@myers-law.com  
Ilene M. Smith, #22818-02  
ismith@myers-law.com  
Christopher C. Myers & Associates  
809 South Calhoun Street, Suite 400  
Fort Wayne, IN 46802-2307  
Telephone: (260) 424-0600  
ATTORNEYS FOR PLAINTIFF  
BRANDY GROSSNICKLE

*/s/ Matthew J. Elliott*  
Matthew J. Elliott, #21242-02  
melliott@beckmanlawson.com  
Megan M. Torres, #31540-02  
mtorres@beckmanlawson.com  
Beckman Lawson, LLP  
201 West Wayne Street  
Fort Wayne, IN 46802  
Telephone: (260) 422-0800  
ATTORNEYS FOR DEFENDANT  
FORT WAYNE COMMUNITY SCHOOLS